Joseph A. Stafford, Appellant, *v.* New York Central Railroad Company, Respondent.

Argued January 17, 1938; decided March 1, 1938.

*W. Tobin Lennon* for appellant.

*John E. Leach, Franklin R. Brown* and *Mark N. Turner* for respondent.

Judgment of the Appellate Division dismissing the complaint modified by granting a new trial, with costs to abide the event. The evidence made a question for the jury, and the complaint should not have been dismissed. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.